NDFL Prob 35  
(1/92)

Report and Order Terminating Probation/  
Supervised Release  
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## for the
## Northern District of Florida

UNITED STATES OF AMERICA

V                                                               Crim. No. 94-03011-02/RV

JEFFREY WAYNE NORRIS

On October 25, 2002, the above named was placed on Supervised Release for a period of four years as to Count 1 and three years as to Count 2, to be served concurrently to Count 1. He has complied with the rules and regulations of Supervised Release and is no longer in need of Supervised Release. It is accordingly recommended that JEFFREY WAYNE NORRIS be discharged from Supervised Release.

Respectfully submitted,

Brian S. Davis  
U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in these cases be terminated.

Date this __18__ day of __October__, 2005.

Honorable Roger Vinson  
Senior United States District Judge

OFFICE OF CLERK  
U.S. DISTRICT CT.  
NORTHERN DIST. FLA.

05 OCT 18 AM 9: 31

FILED